No. 22-10898

# In the United States Court of Appeals for the Fifth Circuit

Aidan Andrews; Jordyn Blakey; Firearms Policy Coalition, Incorporated,

*Plaintiffs-Appellees*,

*v.*

Steven C. McCraw, in his official capacity as Director of the Texas Department of Public Safety,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

**UNOPPOSED MOTION TO WITHDRAW APPEAL**

Defendant-Appellant, Steven C. McCraw, in his official capacity as Director of the Texas Department of Public Safety, intends to withdraw his appeal pursuant to Fifth Circuit Rule 42.1. No party is opposed to the withdrawal. Accordingly, Appellant requests that the Clerk enter an order of dismissal and issue a copy of the order as the mandate.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Judd E. Stone II
JUDD E. STONE II
Solicitor General

MICHAEL R. ABRAMS
Assistant Solicitor General

Counsel for Appellant Steven C. McCraw, in his official capacity as Director of the Texas Department of Public Safety

## Certificate of Conference

On December 20, 2022, the parties conferred regarding this motion, and counsel for Appellees is unopposed to the relief requested.

/s/ Judd E. Stone II
Judd E. Stone II

## Certificate of Service

On December 20, 2022, this response was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Judd E. Stone II
Judd E. Stone II

## Certificate of Compliance

This document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 56 words, excluding exempted text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Judd E. Stone
Judd E. Stone II